RASHEEDAH R. TERRY, ESQUIRE
(023522004)
TERRY LAW GROUP, LLC
409 Halsey Street
Newark, New Jersey 07102
(862) 576-8995
rasheedaht@aol.com
Attorney for Defendant,
Janell Robinson

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Crim. No. 18-cr- 00108 |
|---|---|---|
| v. | : | |
| JANELL ROBINSON | : | Judge: Hon. Susan D. Wigenton, USDJ |

## NOTICE OF APPEAL

Notice is hereby given that defendant Janell Robinson hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment in a Criminal Case imposing sentence upon defendant, entered in this action on 1/7/21.

Dated: 1/20/21

Respectfully submitted:

TERRY LAW GROUP, LLC
Attorney for Defendant,
Janell Robinson

By: *[signature]*
Rasheedah R. Terry, Esq.