## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton, U.S.D.J. |
| v. | : | Crim. No. 18-108 |
| JANELL ROBINSON | : | **SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Chelsea Coleman, Assistant United States Attorney (chelsea.coleman@usdoj.gov), in substitution for Elaine K. Lou, Assistant United States Attorney, who previously appeared in this matter.

                                                  PHILIP R. SELLINGER
                                                  United States Attorney

By: /s/ *Chelsea Coleman*
       CHELSEA COLEMAN
       Assistant United States Attorney

Dated:    April 3, 2024